IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 1 0 2002

| | | |
|---|---|---|
| ROBERT G. PRESTON EXCAVATING CO., INC. PROFIT SHARING PLAN<br>c/o Catherine Preston<br>1608 Somerville Road<br>Bel Air, MD 21015 | * | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |
| | * | |
| Plaintiff | * | CIVIL ACTION NO.: WMN-02-77 |
| v. | * | |
| ESTATE OF VIRGINIA ELLER, deceased<br>Wilbur W. Bolton, III, Personal Representative<br>102 S. Parke Street<br>Aberdeen, MD 21001-3241 | * | |
| | * | |
| and | | |
| HAROLD WAYNE ELLER, SR.<br>409 Berkshire Court<br>Joppa, MD 21085 | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Complaint of Interpleader Petition filed by Plaintiff, ROBERT G. PRESTON EXCAVATING CO., INC. PROFIT SHARING PLAN, against Defendants, ESTATE OF VIRGINIA ELLER, deceased, and HAROLD WAYNE ELLER, SR. and any opposition thereto, and good cause having been shown, it is this 10th day of Jan, 2002,

ORDERED:

1. That the filing of a bond by the Plaintiff is waived;

2. That the Defendants be required within 20 days to interplead as to the

-7-

QDRO Portion and the insured death benefit and as to who is the correct recipient thereof, with Defendant __ESTATE__ to be Plaintiff and Defendant __ELLER__ to be Defendant in such action;

3. That the Defendants be enjoined from bringing or prosecuting any other action involving Plaintiff or the QDRO Portion the insured death benefit or as to who is the correct recipient thereof pending a judicial determination as to who is the correct recipient.

4. That the Plaintiff be permanently discharged from all liability to Defendants, subject only to Plaintiff's proper discharge of Plaintiff's fiduciary duty to pay the QDRO Portion the insured death benefit to the Defendant ultimately adjudicated to be the proper recipient of the QDRO Portion the insured death benefit at the time required under the QDRO and in accordance with the terms and conditions of the Plan; and

5. That Plaintiff recover its reasonable attorneys' fees and costs in this action from the Defendants, jointly and severally, in the amount of __N/A__.

_____
United States District Judge