IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Estate of VIRGINIA ELLER          :
                                  :
v.                                :       Civil Action WMN-02-0077
                                  :
HAROLD WAYNE ELLER, SR.           :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 23rd day of September, 2002, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Motion for Summary Judgment, Paper No. 6, is hereby GRANTED;

2) That Plaintiff's Motion to Dismiss, for Stay, or for Summary Judgment, Paper No. 7, is DENIED;

3) That judgment is entered in favor of Defendant and against Plaintiff;

4) That this case is hereby CLOSED;

5) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

6) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

                                    William M. Nickerson
                                    Senior United States District Judge