IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

HAROLD WAYNE ELLER, SR.            *

    Plaintiff                      *

VS.                                *    CIVIL ACTION NO.

WILBUR BOLTON, III, Esq.           *    WMN-07-CV-164

And                                *

Robert Preston Excavating Co., Inc. *

    Defendants

       *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of February 2007, I served the Summons issued by this Court on January 22, 2007, along with plaintiff's Complaint, on Robert Preston Excavating Co., Inc., c/o Wendy Widmann, Esq., Goldstein, Manning & Widmann, PC, 1 N. Charles Street, Suite 2450, Baltimore, Maryland 21201-3740 by certified mail, return receipt requested as agreed by defendant's Attorney.

                          /s/ Mercedes C. Samborsky
                          309 Garnett Road
                          Joppa, Maryland 21085
                          (410) 679-2010
                          Attorney for plaintiff

AffOfService